# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC,<br><br>　　　　　　Plaintiff,<br>　　v.<br>SEAN O'LEARY JR., et al.,<br>　　　　　　Defendants. | C17-988 TSZ |
| VENICE PI, LLC,<br><br>　　　　　　Plaintiff,<br>　　v.<br>JONATHAN DUTCZAK, et al.,<br>　　　　　　Defendants. | C17-990 TSZ |
| VENICE PI, LLC,<br><br>　　　　　　Plaintiff,<br>　　v.<br>MARTIN RAWLS, et al.,<br>　　　　　　Defendants. | C17-991 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　Plaintiff's motions for extension of time to serve, docket no. 12 in C17-988 and docket no. 17 in both C17-990 and C17-991, are GRANTED as follows. The deadline for plaintiff to effect service is EXTENDED from September 28, 2017, to October 19, 2017. No further extension will be granted.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of September, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk