I, CORNELIUS JACKSON, HAVE DELETED ALL MOVIE FILES AND UNINSTALLED APPS ON PHONE TO COMPLY WITH PLAINTIFFS PRAYER FOR RELIEF PERTAINING TO CIVIL ACTION NO. 17-cv-991 TSZ

CORNELIUS JACKSON
26 OCT 2017

```
____ FILED
____ LODGED        MAIL
____ RECEIVED

OCT 30 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

**THE FOREGOING DOCUMENT WAS ACKNOWLEDGED BEFORE ME**

THIS 26th DAY OF October 2017.

Phylis D Goraya
**NOTARY PUBLIC**



Cornelius P. Jackson
PO Box 65112
Tacoma, WA 98466

SEATTLE WA 980
26 OCT 2017 PM 6 L

98101-443999

Court Clerk
700 Stewart St.
Seattle, WA 98101

FILED
LODGED
RECEIVED

OCT 30 2017

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

MAIL