UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RUSLAN KHILCHENKO, et al.; <br> CHRISTOPHER COBB; <br> SCOTT STEELE, et al., <br><br> Defendants. | C17-0991 TSZ <br> C17-1074 TSZ <br> C17-1075 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In each of these cases, plaintiff has settled with or voluntarily dismissed its claims against most, but not all, defendants. All of the remaining defendants have filed answers, but no counterclaims. Pursuant to *Cobbler Nevada, LLC v. Gonzales*, 901 F.3d 1142 (9th Cir. 2018), and Federal Rule of Civil Procedure 41(a)(2), plaintiff's unopposed motions to dismiss these matters, docket no. 60 in C17-991, docket no. 66 in C17-1074, and docket no. 56 in C17-1075, are GRANTED, and the Amended Complaint in each of these actions is DISMISSED without prejudice.

(2) The Clerk is directed to CLOSE these cases and to send a copy of this Minute Order to all counsel of record and the remaining pro se parties.

Dated this 11th day of September, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1